# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# GULFPORT DIVISION

IN RE: KEYS, CLIFTON ARCHIE III AND      CASE NO. 21-51107-KMS
        ASHLEY NICOLE

DEBTOR(s)                                                                  CHAPTER 11

## APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES OF THE SUBCHAPTER V TRUSTEE

Comes now Kimberly D. Strong, the duly appointed subchapter V trustee in the above encaptioned cause, and filed this Application for Compensation and Expenses, and in support of same would show unto the Court the following, to-wit:

I

That Kimberly Strong was duly appointed as the subchapter V trustee in the above encaptioned matter on the 25th day of October 2021. All services for which compensation is requested by the applicant were performed by me as the subchapter V trustee of the estate. This application seeks payment of said services from October 25, 2021 through November 3, 2022.

II

That to date, the subchapter V trustee has expended 21.14 hours representing reasonable trustee's compensation in the amount of $4,535.00, at an hourly rate of $250.00, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference.

III

That the subchapter V trustee has not submitted any previous request for compensation in the above captioned case.

WHEREFORE, PREMISES CONSIDERED, applicant requests that after notice and hearing that the Court enter an Order awarding the requested trustee's compensation in the amount of $4,535.00 and authorize the Estate to disburse same to the subchapter V trustee in accordance with the Debtor's Plan of Reorganization Under subchapter V of Chapter 11.

Respectfully submitted,

BY: *[signature]*
Kimberly Strong, CPA, CFE
1052 Highland Colony Pkwy, Suite 100
Ridgeland, MS 39157
kstrong@hrkcpa.com (601) 605-0722

## CERTIFICATE

I, KIMBERLY DAWN STRONG, subchapter V trustee, do hereby certify that I have this day filed the foregoing via the Court's ECF system which cause a copy of the same to be delivered to all counsel of record.

This day ____7th____ of December 2022.

BY: *[signature]*

Account No: 800000.007  December 6, 2022
Statement No: 1

| DATE | DESCRIPTION | HOURS | FEE |
|---|---|---|---|
| 11/5/2021 | Review docket and prepare and attend IDI | 1.25 | $ 312.50 |
| 12/6/2021 | Review docket and schedules/prepare and attend 341 | 1.25 | 312.50 |
| 12/16/2021 | Attend status conference | 0.39 | 97.50 |
| 4/5/2022 | Call with debtor's counsel | 0.25 | 62.50 |
| 4/14/2022 | Review confirmation plan, MORs, call with UST | 2.50 | 625.00 |
| 4/21/2022 | Review docket and plan of reorganization notes/ travel to and from Hattiesburg/attend confirmation hearing | 7.00 | 1,312.50 |
| 10/28/2022 | Review docket and amended plan of reorganization/MORs/call with UST | 3.00 | 750.00 |
| 11/3/2022 | Review docket and plan of reorganization notes/travel to and from Hattiesburg/attend confirmation hearing | 5.50 | 1,062.50 |
| | | 28.03 | $ 4,535.00 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kimberly Strong | 28.03 | $250.00 ($125 for travel time) | $4,535.00 |

Balance Due $4,535.00